NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SAMUEL M. JAMES,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI,**
**SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7129

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 11-2539, Judge Alan G. Lance, Sr.

---

## ON MOTION

---

## ORDER

Upon review of the duplicate documents submitted by Samuel M. James, the court determines that the two documents should not have been filed as different entries. The Secretary moves for an extension of time to file his brief.

James filed a document entitled "Appellant Appeal for a Writ," which was filed by the court as a motion within

this appeal. A few days later the court received another copy of that document from James, and the court treated that as his brief. The court rejected the brief for failure to use the official court form (enclosed).

It appears that James is attempting to make arguments concerning the merits of his case, and such arguments should be in a brief. The filing of the other copy of that document as a motion was unnecessary, and the motion is denied.

Accordingly,

IT IS ORDERED THAT:

(1) The document treated as a motion, i.e., "Appellant Appeal for a Writ," is denied because such arguments should be made in the appellant's brief.

(2) The Secretary's motions are granted. The Secretary's brief is due within 21 days of the date of filing of this order.

FOR THE COURT

AUG 2 8 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly      --
Clerk

cc: Samuel M. James
    Corinne A. Niosi, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 8 2012

JAN HORBALY
CLERK